```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE Transportation Parts, LLC,

                Plaintiff,

       –v–

Central Railway Manufacturing, LLC,

               Defendant.

19-CV-4826 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons stated in a Memorandum and Order that has been temporarily filed under seal, Defendant's motion to transfer, dismiss for *forum non conveniens*, or in the alternative stay is denied. Defendant's motion to dismiss for failure to state a claim is granted in part and denied in part. The motion is granted with respect to Plaintiff's express breach of warranty claim and the indemnity claim to the extent that claim relies on a breach of warranty. It is otherwise denied. An initial pre-trial conference will be scheduled by separate order.

    This resolves Dkt. Nos. 21, 23, 33.

    SO ORDERED.

Dated: June 1, 2020
       New York, New York

                                    _____
                                       ALISON J. NATHAN
                                    United States District Judge

1