UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE Transportation Parts, LLC,

      Plaintiff,

 –v–

Central Railway Manufacturing, LLC,

      Defendant.

19-CV-4826 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

 The parties have jointly submitted proposed redaction of this Court's June 1, 2020 Memorandum and Order. However, the parties' filing does not comply with this Court's Individual Civil Rule 4 and does not explain who the proposed redactions would comport with the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Within one week of the date of this order, the parties should jointly re-submit compliant redaction requests.

 SO ORDERED.

Dated: June 10, 2020
   New York, New York

               _____
                 ALISON J. NATHAN
                United States District Judge