```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE Transportation Parts, LLC,

                Plaintiff,

    –v–

Central Railway Manufacturing, LLC,

                Defendant.

19-CV-4826 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties have renewed their request to redact confidential settlement-related information. In support of their request, the parties argue that the redactions are warranted because of the "general commercial sensitivity of the settlement" and because the settlement agreement contains a confidentiality provision. However, "[b]road and general findings" are insufficient to justify redaction of judicial documents. *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006) (quotation omitted). And it is well-settled that an obligation to keep information confidential does not on its own justify redaction, even where the confidentiality obligations exists to protect a third party. *See, e.g.*, *Accent Delight Int'l Ltd. v. Sotheby's*, 394 F. Supp. 3d 399, 416 (S.D.N.Y. 2019).

    Accordingly, the parties' redaction requests are denied. The June 1, 2020 Memorandum and Order will be filed without redactions. Furthermore, Defendant's opening memorandum of law, Dkt. No. 22, and reply, Dkt. No. 39, for its Transfer Motion should be re-filed in unredacted form no later than one week from the date of this order. Also, the unredacted version Plaintiff's opposition to the transfer motion, Dkt. No. 31, will be made publicly available.

    This resolves Dkt. No. 52

1

SO ORDERED.

Dated: June 24, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge