USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GE Transportation Parts, LLC,

        Plaintiff,

  –v–

Central Railway Manufacturing, LLC,

        Defendant.

19-cv-4826 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    To clarify the Court's Order of May 20, 2021 (Dkt. No. 105), the case management conference scheduled for September 24, 2021, at 3:15 p.m. will be in lieu of the conference previously scheduled for August 20, 2021.

    SO ORDERED.

Dated: July 30, 2021
       New York, New York

                            ALISON J. NATHAN
                           United States District Judge