```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE TRANSPORTATION PARTS, LLC,

        Plaintiff,

    –v–

CENTRAL RAILWAY MANUFACTURING, LLC,

        Defendant.

Case 1:19-cv-04826-AJN

[PROPOSED] ORDER GRANTING LETTER MOTION TO SEAL OR REDACT

Upon consideration of Defendant Central Railway Manufacturing, LLC's ("CRM") Letter Motion to Seal or Redact dated November 8, 2021, and the documents annexed thereto, and good cause having been shown, it is therefore hereby

**ORDERED** that CRM's Letter Motion to Seal is **GRANTED**, and it is further

**ORDERED** that Tabs 1, 2, 3, and 10 shall be maintained under seal as filed at docket numbers 125, 126, 129, and 133.

Dated: November 9, 2021
New York, New York

*Alison J. Nathan*
ALISON J. NATHAN
United States District Judge