UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

GE TRANSPORTATION PARTS, LLC,

                Plaintiff,

        -v-

CENTRAL RAILWAY MANUFACTURING, LLC,

                Defendant.

19-CV-4826 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Based on the parties' representations that "substantial progress has been made towards a final resolution of this matter" in their letter (*see* ECF No. 175 at 1), and reiterated to the Court during its pretrial conference with the parties on March 10, 2023 (*see* ECF No. 176), the jury trial currently scheduled for April 17, 2023, final pretrial conference scheduled for April 11, 2023, and all other associated dates and deadlines are hereby adjourned. The parties shall file a joint status letter updating the Court on the status of this case within forty-five (45) days after the issuance of this order, on or before April 24, 2023.

Dated: March 10, 2023
       New York, New York

                                    J. PAUL OETKEN
                                    United States District Judge